**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR MARTINEZ, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>      *v.*<br><br>TERMINIX INTERNATIONAL COMPANY, L.P., a Delaware limited partnership, and THE SERVICEMASTER COMPANY, LLC, a Delaware limited liability company,<br><br>      *Defendants*. | Case Number: 3:15-cv-00619-TEH<br><br>STIPULATION TO DISMISS ACTION |

The Parties to the above-captioned civil action, being in agreement, and having reached a settlement of the claims at issue, stipulate as follows:

1. On February 9, 2015, Plaintiff filed this alleged class action against Defendants.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because no class has been certified in this matter. No notice is required to alleged class members under Rule 23(e) since the settlement and dismissal of Plaintiff's individual claims does not bind them in any way.

WHEREFORE, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants agree that the action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Plaintiff individually against Defendants and without prejudice as to any claims alleged by the alleged, uncertified class against Defendants.

Plaintiff and Defendants further agree that each party shall bear his or its own costs and

attorney fees except as set forth in their Stipulation of Settlement.

    IT IS SO STIPULATED.

Dated: July 7, 2015      /s/ Patrick H. Peluso

                                 Counsel for Plaintiff

Dated: July 7, 2015      /s/ Brian A. Sutherland

                                 Counsel for Defendants



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
07/07/2015
IT IS SO ORDERED
Judge Thelton E. Henderson